IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY SCARBRO, | ) | CASE NO. 1:19-cv-01593-DAP |
| | ) | |
| | ) | MAGISTRATE JUDGE THOMAS PARKER |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **PLAINTIFF'S MOTION TO EXTEND** |
| | ) | **AFFIDAVIT OF MERIT DUE DATE** |
| CLIFFORD PINKNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Now comes Plaintiff, Anthony Scarbro, by and through counsel undersigned, and respectfully moves this Honorable Court for an order extending the due date for Plaintiff's Affidavit of Merit from Tuesday, September 17, 2019, to Tuesday, September 25, 2019. For cause, Plaintiff suggests that the physician evaluating Plaintiff's medical records as not concluded his review, having been called out of his office for a week due to another matter, and having contacted Plaintiff's counsel late on September 16, 2019, as to the same. Plaintiff's counsel contacted counsel for both Defendants in this matter, and both counsel indicated that no objection would be made to this short extension of time. Accordingly, Plaintiff respectfully requests that the motion be granted.

Respectfully submitted,

**RODERICK LINTON BELFANCE, LLP**

*/s/ Christopher C. Esker*

Christopher C. Esker, Esq. (0040709)
50 South Main Street, 10th Floor
Akron, Ohio  44308
Telephone No. (330) 434-3000
Facsimile No.  (330) 434-9220
E-mail address:  cesker@rlbllp.com
Attorney for Plaintiff Anthony Scarbro

## CERTIFICATE OF SERVICE

I certify that on September 17, 2019 a copy of the foregoing was filed with the Court's electronic filing system. In addition, I also certify that on September 17, 2019 I caused the foregoing to be served via email on the following:

Marc Groedel
Reminger & Reminger
101 West Prospect Avenue
Suite 1400
Cleveland, Ohio 44115-1093
mgroedel@reminger.com
Attorneys for Defendant The MetroHealth System

Kenneth Rock
Assistant Prosecuting Attorney
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, Ohio 44113
krock@prosecutor.cuyahogacounty.us
Attorney for Defendants Clifford Pinkney, in his capacity as Sheriff of Cuyahoga County, and Cuyahoga County Sheriff's Office

*/s/ Christopher C. Esker*
Christopher C. Esker, Esq. (0040709)